474 A.2d 653

Commonwealth v. Johnson, Appellant.

Submitted November 16, 1983. Daniel A. Rendine, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BROSKY and HOFFMAN, JJ.

The judgment of sentence is affirmed.

474 A.2d 654

Commonwealth v. Johnston, Appellant.

Submitted March 24, 1983. James W. Harris, for appellant; Gary E. Hartman, District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, and CIRILLO and HOFFMAN, JJ.

Judgment of sentence affirmed.